UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                       :

V.H., et al.,                               :

                                      :     **ORDER**

                    Plaintiffs,       :

        -against-                :     20 Civ. 1919 (AKH)

                                        :

NEW YORK CITY DEPARTMENT OF     :
EDUCATION,

                                        :

                    Defendant.      :

                                        :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

          Plaintiff initiated this action on March 4, 2020 and Defendant filed its Answer on

July 6, 2020.  Since then there have been no filings.

          The parties, by joint letter submitted via ECF, shall advise the Court of the status

of the case by April 20, 2022.

          SO ORDERED.

Dated:      April 13, 2022                      /s/ Alvin K. Hellerstein
             New York, New York           ALVIN K. HELLERSTEIN
                                             United States District Judge